OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS6

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵
JAN 27 2015

MAILED FROM ZIP CODE 78701

1/20/2015
**BRENT, JASON EARL    Tr. Ct. No. 11-12-13751-CR(1)**          WR-82,755-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS
Discharged

JASON EARL BRENT
COFFIELD UNIT - TDC # 1845998
2661 FM 2054
TENNESSEE COLONY, TX  75884

U TF